**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CURTIS RICHEY, et al.                                                    PLAINTIFFS

v.                                      3:11-cv-00244-SWW-JTK

JODY DOTSON, et al.                                                     DEFENDANTS

<u>**ORDER**</u>

By Order dated November 17, 2011, this Court directed Plaintiffs Curtis Richey, James Matney, Jimmy Kildow, and Clay Clark to pay the $350.00 filing fee for this action, or to file Motions to Proceed <u>in</u> <u>forma</u> <u>pauperis</u>, within thirty days of the date of the Order (Doc. No. 4). Plaintiffs Clark and Kildow have filed Responses to the Order, which should be construed as Motions for Extension of Time in which to comply with the Order (Doc. Nos. 6, 7).    In support, Plaintiffs state that the personnel in the financial department of the Lawrence County Jail have not returned the documentation submitted to them.   The Court notes that the Prison Litigation Reform Act (PLRA) requires Plaintiffs to submit proper and complete Motions to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>, along with calculation sheets **prepared and signed by an authorized officer of the detention center or Jail**.   Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiffs' Responses to the Court's November 17, 2011 Order, which are construed as Motions for Extension of Time (Doc. Nos. 6, 7), are GRANTED.  Plaintiffs shall have an additional fifteen days from the date of this Order in which to submit the $350.00 filing fee or Motions to Proceed <u>in</u> <u>forma</u> <u>pauperis</u>.  Failure to comply with this Order may result in their dismissal from this Complaint.  <u>See</u> Local Rule 5.5(c)(2).

The Clerk is directed to send <u>in</u> <u>forma</u> <u>pauperis</u> motions and calculation sheets to Plaintiffs Clark, Kildow, and Matney.

1

The Clerk is also directed to forward a copy of this Order to the Lawrence County Jail, 315 West Main, Walnut Ridge, AR 72476.

IT IS SO ORDERED this 20th day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE