# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CURTIS RICHEY                                                                                            PLAINTIFF

v.                                            3:11-cv-00244-SWW-JTK

JODY DOTSON, et al.                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 16th day of May, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE